FILED: June 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4304
(1:22-cr-00007-LKG-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARILYN J. MOSBY

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:22-cr-00007-LKG-1 |
| Date notice of appeal filed in originating court: | 06/06/2024 |
| Appellant | Marilyn J. Mosby |
| Appellate Case Number | 24-4304 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |