WILMERHALE

Daniel S. Volchok

+1 202 663 6103 (t)
+1 202 663 6363 (f)
daniel.volchok@wilmerhale.com

August 26, 2024

Nwamaka Anowi
Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell Jr. Courthouse
1100 East Main Street, Suite 501
Richmon, Virginia 23219
**VIA CM/ECF**

                Re:    *United States v. Marilyn Mosby*, No. 24-4304

Dear Clerk Anowi:

      I am counsel for Marilyn Mosby, appellant in the above-listed appeal. The United States just filed a motion for a 30-day extension of time to file its response brief. Ms. Mosby's opposition will be filed this afternoon. Ms. Mosby respectfully requests that no action be taken on the motion until then.

                                        Sincerely,

                                        s/ Daniel S. Volchok

                                        Daniel S. Volchok

cc All counsel of record (via CM/ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington