**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee, | |
| v. | No. 24-4304 |
| MARILYN J. MOSBY,<br>      Defendant - Appellant. | |

**UNITED STATES OF AMERICA'S MOTION
TO EXTEND TIME TO FILE A MOTION RESPONSE**

The United States of America hereby moves the Court to extend our time to file a response to Appellant Marilyn Mosby's motion to stay forfeiture proceedings pending appeal. *See* Fed. R. App. P. 26(b) (providing that "[f]or good cause, the court may extend the time prescribed . . . by its order to perform any act"). The United States's response is currently due tomorrow, Wednesday, September 4, 2024. See Response Requested, filed Aug. 28, 2024. We request a two-day extension of time— until Friday, September 6, 2024—for the following reasons.

Because of the undersigned's caseload, Assistant U.S. Attorney Tamara Fine, who is Chief of their Office's unit dealing with forfeiture issues, has agreed to author the United States's response to Mosby's motion. AUSA Fine, however, needs two more days to finish drafting the response because a personal circumstance arose that

prevented her completing it by the Court's initial deadline. The undersigned has told Mosby's counsel about this motion, and Mosby's counsel does not object to it.

    **WHEREFORE,** the government respectfully asks the Court to grant this unopposed motion and extend our time to file a response to Mosby's motion to stay forfeiture proceedings pending appeal until Friday, September 6, 2024.

Respectfully submitted,


Erek L. Barron
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION
AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>203</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  September 3, 2024.                           <u>/s/ David C. Bornstein</u>
                                                                          Assistant United States Attorney