FILED: September 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4304
(1:22-cr-00007-LKG-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARILYN J. MOSBY

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellee's unopposed motion to extend filing time for filing the response to the motion to stay forfeiture proceedings pending appeal, the court grants the motion and accepts the response as filed on September 6, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk