# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 13, 2024

_____

RESPONSE REQUESTED

_____

No. 24-4304,   US v. Marilyn Mosby
              1:22-cr-00007-LKG-1

TO:   United States of America
      Marilyn J. Mosby

RESPONSE DUE: 09/20/2024

Response is required to the motion to file amicus curiae brief on or before 09/20/2024.

Paige L. Ballard, Deputy Clerk
804-916-2702