IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee,<br><br>v.<br><br>MARILYN J. MOSBY,<br>    Defendant - Appellant. | No. 24-4304 |

## UNITED STATES OF AMERICA'S RESPONSE
## TO MOTION TO FILE AMICUS CURIAE BRIEF

The United States hereby responds to the motion to file an amicus curiae brief by Baltimore Citizens Concerned for Justice. The United States does not consent to the filing of BCCJ's amicus brief. Moreover, their motion does not conform with the applicable rules. It is untimely because it was filed more than "7 days" after the filing of Appellant Mosby's principal brief. Fed. R. App. P. 29(a)(6). Next, BCCJ does not explain "why the matters asserted [in their brief] are relevant to the disposition of the case." *Id.* R. 29(a)(3)(B). They assert that both the district judge below and the Department of Justice generally acted in a discriminatory manner. In addition to being baseless, those assertions are irrelevant to the issues on appeal. Finally, the person who prepared and filed BCCJ's brief, Benjamin Roberts, appears to be neither an attorney admitted to this Court's bar, nor one admitted to practice in Maryland. *See, e.g.*, *Active Attorneys*, U.S. CT. OF APPEALS FOR FOURTH CIR. (Sept. 13, 2024),

1

https://www.ca4.uscourts.gov/AttorneyBarAndECFStatus/rptN0046ActiveAttorneysr.pdf (listing no attorney with a name resembling "Roberts, Benjamin"); *Maryland Attorney Listing*, MD. CTS., https://www.mdcourts.gov/attysearch#searchform (last visited Sept. 14, 2024) (same); *see also* 4th Cir. R. 46(b) ("Only attorneys admitted to the bar of this Court may practice before the Court.").

**WHEREFORE,** the government respectfully informs the Court that it does not consent to the filing of BCCJ's amicus curiae brief and that their motion to file the brief does not conform with the applicable rules.

    Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This motion response complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>245</u> words.

This response also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: September 14, 2024.                <u>/s/ David C. Bornstein</u>
                                          Assistant United States Attorney