WILMERHALE

**Daniel S. Volchok**

+1 202 663 6103 (t)
+1 202 663 6363 (f)
daniel.volchok@wilmerhale.com

September 16, 2024

Paige L. Ballard
Deputy Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell Jr. Courthouse
1100 East Main Street, Suite 501
Richmond, Virginia 23219
**BY CM/ECF**

      **Re: United States v. Marilyn Mosby, No. 24-4304**

Dear Deputy Clerk Ballard:

      In response to the Court's order (Dkt.38) requesting appellant Marilyn Mosby's position on the motion for leave to file an amicus brief (Dkt.36), Ms. Mosby takes no position on the motion.

                      Sincerely,

                      s/ Daniel S. Volchok

                      Daniel S. Volchok

cc: All counsel of record (via CM/ECF)