FILED: September 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4304
(1:22-cr-00007-LKG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARILYN J. MOSBY

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file amicus curiae brief, the court denies the motion and strikes the amicus curiae brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk