# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

| | |
|---|---|
| Case Number: 24-4304 | Date of Oral Argument: 1/31/25 |

**Caption:** United States v. Marilyn Mosby

**Attorney Arguing:** Daniel S. Volchok

**Arguing on Behalf of (party name):** Marilyn J. Mosby

**Select party type:**
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

**Attorney Appearing for Defendant but Not Arguing in Consolidated Criminal Case:**

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

**First Attorney Arguing Per Side:** Daniel S. Volchok
**Phone Number (day of argument):** (202) 459-7204

**Principal Argument Time:** 13  
(for appellants and appellees)

**Rebuttal Argument Time (if any):** 7  
(appellants and cross-appellants only)

**Any Second Attorney Sharing Arguing Time:**
**Phone Number (day of argument):**

**Principal Argument Time:**  
(for appellants and appellees)

**Rebuttal Argument Time (if any):**  
(appellants and cross-appellants only)

**Any Counsel for Amicus Participating in Argument by Leave of Court:**
**Phone Number (day of argument):**

**Argument Time:**   Select one of the following:  ☐ Order allowing argument time    ☐ Court-Appointed Amicus

**Signature:** *Daniel S. Volchok*     **Date:** 11/26/2024