# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 30, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 24-4304,   <u>US v. Marilyn Mosby</u>
          1:22-cr-00007-LKG-1

TO:    Marilyn J. Mosby

FILING CORRECTION DUE:  January 6, 2025

Please make the correction identified below and file a corrected document by the date indicated.

[✓] Incorrect event used. Please refile document using

 then select

Paige L. Ballard, Deputy Clerk
804-916-2702