FILED: August 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4304
(1:22-cr-00007-LKG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARILYN J. MOSBY

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellee's unopposed motion to extend the time to file any rehearing petition, the court grants the motion and extends the deadline for filing any rehearing petition to September 24, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk