FILED: January 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4304
(1:22-cr-00007-LKG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MARILYN J. MOSBY

      Defendant - Appellant

_____

O R D E R

_____

The petitions for rehearing en banc were circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petitions for rehearing en banc.

      For the Court

      /s/ Nwamaka Anowi, Clerk