# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2026

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Marilyn J. Mosby
v. United States
No. 25-7591
(Your No. 24-4304)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 8, 2026 and placed on the docket June 12, 2026 as No. 25-7591.

Sincerely,

**Scott S. Harris**, Clerk

by

Brianca Smith
Case Analyst